UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.J.S.V., Petitioner, v. JULIO HERNANDEZ et al., Respondents. | CASE NO. 2:26-cv-02148-LK<br>ORDER GRANTING MOTION TO STAY |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Deadline to File Motion for Fees and Costs under EAJA. Dkt. No. 22. The parties seek to extend Petitioner's deadline to file any post-judgment motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, until 60 days after the Supreme Court decides *Montoya Palacios v. Liggins*, No. 25-1223. Dkt. No. 22 at 1. For the reasons explained below, the motion is granted.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a

just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

A stay is appropriate here because, in light of Petitioner's support of the motion, a pause of the deadline regarding Petitioner's anticipated motion for EAJA fees while the parties and the Court await the Supreme Court's decision will not cause any damage, nor any hardship or inequity to any party, and will promote the orderly course of justice. The Court thus GRANTS the parties' stipulated motion. Dkt. No. 22. All upcoming deadlines are vacated. Petitioner's deadline to file a motion for EAJA fees is due 60 days after the Supreme Court issues its decision in *Montoya Palacios*.

Dated this 26th day of October, 2026.

Lauren King
United States District Judge